UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORLD ASSOCIATION OF ICEHOCKEY PLAYERS UNIONS NORTH AMERICA DIVISION et al.,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL HOCKEY LEAGUE et al.,<br><br>Defendants. | CASE NO. 2:24-cv-02135-TL<br><br>ORDER ON MOTION FOR PRELIMINARY INJUNCTION |

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction. Dkt. No. 41. Having considered CHL Defendants' response (Dkt. No. 135), Plaintiffs' reply (Dkt. No. 143), Defendants' surreply (Dkt. No. 147), Defendants' notice of supplemental authority (Dkt. No. 154), Plaintiffs' notice of supplemental authority (Dkt. No. 157), and the relevant record, and having held oral argument (*see* Dkt. No. 158), the Court DENIES Plaintiffs' motion.

The Court recently dismissed Plaintiffs' claims under Rule 12(b)(6) (*see* Dkt. No. 169): Plaintiffs' claims arising from injury suffered in Canada by players recruited from outside the

United States were dismissed pursuant to the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a; and Plaintiffs' claims arising from injury suffered in Canada by Players recruited from within the United States and from injury suffered in the United States were dismissed pursuant to the doctrine of international comity. Because Plaintiffs had an opportunity to amend their complaint after the dismissal of *World Ass'n of Icehockey Players Unions North Am. Div. v. National Hockey League*, No. C24-1066, 2024 WL 4893266 (S.D.N.Y. Nov. 26. 2024), and did not request leave to amend, the Court dismissed Plaintiffs' claims with prejudice.

Accordingly, Plaintiffs' motion for preliminary injunction is DENIED as MOOT.

Dated this 23rd day of May 2025.

Tana Lin
United States District Judge