# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORLD ASSOCIATION OF ICEHOCKEY PLAYERS UNIONS NORTH AMERICA DIVISION et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL HOCKEY LEAGUE et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. 2:24-cv-02135-TL |

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED:

(1)    Defendant NHL is DISMISSED for lack of personal jurisdiction under Rule 12(b)(2).

(2)    QMJHL Defendants are DISMISSED for lack of personal jurisdiction under Rule 12(b)(2).

(3)    Defendants JAW Hockey Enterprises LP and Saginaw Hockey Club, L.L.C. are DISMISSED for lack of personal jurisdiction under Rule 12(b)(2).

(4)    Plaintiffs' claims arising from injury suffered in Canada, by Players recruited from outside the United States, are DISMISSED under the FTAIA.

(5)    Plaintiffs' remaining claims arising from injury suffered by players in the United States and from injury suffered in Canada by Players recruited from within the United States are DISMISSED under the doctrine of international comity.

(6)    As Plaintiffs had an opportunity to amend their complaint after the dismissal of the New York Case and have not requested leave to amend, the Court DISMISSES the case WITH PREJUDICE.

Dated May 23, 2025.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Martin Valencia
                                        Deputy Clerk